RECORDING REQUESTED BY:
IRSFELD, IRSFELD & YOUNGER LLP

COUNTY:       LOS ANGELES

**WHEN RECORDED MAIL TO:**
IRSFELD, IRSFELD & YOUNGER LLP
100 W. BROADWAY, STE. 970
GLENDALE, CA  91210

# ABSTRACT OF JUDGMENT

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Name and address of Parties against whom judgments have, been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| ROBERT ARCHER<br>8903 WOODLAND PASS<br>BOERNE, TX 78006<br><br>SSN   XXX-XX-5751<br>Driver's License No. is Unknown<br>No Stay of Enforcement by Court | UNITED STATES OF AMERICA<br><br><br>CASE NO.: 2:19-MC-00036<br><br>CDCS NO.: 2004A53828 |

| Amount of Judgment | | Name of Creditor's Attorneys | When Docketed |
|---|---|---|---|
| $ 90,225.45 | (PRINC) | KATHRYN E. VAN HOUTEN<br>IRSFELD, IRSFELD & YOUNGER LLP<br>100 W. Broadway, Ste. 920<br>Glendale, CA  91210<br>(818) 242-6859 | 03/19/2019 |
| 306.54 | (INT) | | |
| 0.00 | (ATTY FEES) | | |
| 0.00 | (COSTS) | | |
| 0.00 | (ADMN CHRG) | | |
| 0.00 | (PNLTY) | | |
| 0.00 | (LESS PYMTS) | | |
| $ 90,531.99 | TOTAL | | |

UNITED STATES OF AMERICA          CLERK'S OFFICE     U.S. DISTRICT COURT FOR THE
                                                     CENTRAL DISTRICE OF CALIFORNIA

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

[City] LOS ANGELES  [Date]  5-24  , 2019.

KIRY K. GRAY, Clerk

By _____ Deputy Clerk